IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| BRANDON L. LITTLES, | ) | |
| TDCJ #1062348, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 7:12-CV-160-O-BL |
| | ) | |
| RICK THALER, Director, | ) | |
| Texas Department of Criminal Justice, | ) | |
| Correctional Institutions Division, | ) | |
|     Respondent. | ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, of the Report and Recommendation of the United States Magistrate Judge, and of Petitioner's objections, I am of the opinion that the reasons for denial set forth in the Report and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is DENIED.

SO ORDERED this 18th day of October, 2012.


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**